UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:06-cr-305-J-33MCR

MICHAEL LEE McCAFFERTY

**ORDER**

This matter comes before the Court pursuant to the United States' Consent Motion to Amend Restitution Order (Doc. # 65), which was filed on March 27, 2009.

On September 13, 2006, Defendant was charged with conspiracy to defraud the United States in a one count indictment. (Doc. # 1). On September 12, 2006, Defendant entered into a plea agreement. (Doc. # 12). On April 18, 2007, this Court sentenced Defendant to 33 months imprisonment and two years of supervised release. (Doc. ## 20, 28). This Court also required Defendant to pay restitution to victims. (Doc. # 28). On July 17, 2007, this Court entered its Amended Judgment reflecting Defendant's sentence and the amount of restitution due to each of seven victims. (Doc. # 46). In addition to other victims, this Court required $50,000 in restitution to be paid to George Konstandinidis. (Doc. # 46).

By its present motion, the United States requests an order amending the Court's July 17, 2009, amended judgment to delete George Konstandinidis. (Doc. # 65). The United States

explains "subsequent to the Court's Amended Judgment, it was determined that victim George Konstandinidis, who was injured in the State of Kentucky, had his workers' compensation claim paid by the State of Kentucky. Should victim George Konstandinidis receive the ordered restitution, he would receive a substantial windfall over and above the actual amount due and owing him." (Doc. # 65 at 1).

This Court finds good cause for the relief jointly requested by the Government and the Defendant, and this Court accordingly grants the motion.

Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED**

(1) United States' Consent Motion to Amend Restitution Order (Doc. # 65) is **GRANTED**.

(2) The Clerk is directed to enter a Second Amended Judgment in a Criminal Case removing George Konstandinidis from the list of victims in the restitution order.

**DONE** and **ORDERED** in Jacksonville, Florida, this 30th day of March, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record